IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MICHAEL SCHOUTEN, INDIVIDUALLY AND D/B/A MISSION DAIRY,<br><br>        Plaintiff,<br><br>v.<br><br>GEA FARM TECHNOLOGIES, INC., *et al.*,<br><br>        Defendants. | 2:23-CV-142-Z |

## ORDER

Before the Court is Defendants' Notice of Removal (ECF No. 1), filed on August 22, 2023. This is a Chapter 11 Bankruptcy case removed pursuant to 28 U.S.C. §§ 1334 and 1452, and Federal Rule of Bankruptcy Procedure 9027. This case is **REFERRED** to the docket of the United States Bankruptcy Judge Robert L. Jones. *See* 28 U.S.C. § 157(a).[1] Additionally, the Clerk of the Court is **DIRECTED** to administratively close this case until the case reaches final disposition in the Bankruptcy Court[2] or appeal is properly taken pursuant to 28 U.S.C. § 158(a)(3).

**SO ORDERED.**

September 18, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to 28 U.S.C. § 157(e), the Court specifically designates the Bankruptcy Judge to exercise such jurisdiction as is or may be necessary if the right to a jury trial applies.
[2] The Court acknowledges Plaintiff's present Statement of Non-Consent to the entry of final orders and judgments by the Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3) (ECF No. 5).